FILED

JUL 1 1 1973

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 1973 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>JOSE SANCHEZ-SANCHEZ,<br>THOMAS LOPEZ-MENDOZA,<br>RAFAEL VEGA-GOMEZ,<br>JESUS RODRIGUEZ-LOPEZ,<br>ALBERTA VASQUEZ-PEREZ,<br>RAMON RUIZ-SANCHEZ,<br>DARIO MARTINEZ-ENRIQUEZ,<br>OCTAVIO GARCIA-TORREZ,<br>SILVERIO PEREZ-LUNA,<br>MANUEL ROBLES-VASQUEZ,<br>RUBEN SAMANIEGO-MUNOZ,<br>TIMOTEO MARTINEZ-VALERIO,<br>ISRAEL CASTRO-FELIZ,<br>PABLO CORREA-GONZALEZ,<br>        Defendants. | No. 15555 Criminal<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 751 -<br>Escape |

The grand jury charges:

COUNT ONE

On or about May 27, 1973, within the Southern District of California, defendants JOSE SANCHEZ-SANCHEZ, THOMAS LOPEZ-MENDOZA, RAFAEL VEGA-GOMEZ, JESUS RODRIGUEZ-LOPEZ, ALBERTA VASQUEZ-PEREZ, RAMON RUIZ-SANCHEZ, DARIO MARTINEZ-ENRIQUEZ, OCTAVIO GARCIA-TORREZ,

Facility, El Centro, California, after their arrest and conviction for violation of Title 8, United States Code, Section 1325; in violation of Title 18, United States Code, Section 751.

A TRUE BILL:

_____
Foreman

_____
HARRY D. STEWARD
United States Attorney