USDC SCAN INDEX SHEET










R1R    6/8/05    8:54

3:73-CR-01555   USA V. RUIZ-SANCHEZ

*54*

*CRFTAPMO.*

Minutes of the United States District Court
Southern District of California
JUNE 3, 2005

| Hon. LEO S. PAPAS | Deputy Clerk: T. LOPEZ |
|---|---|
| 73CR1555-R | TAPE NUMBER: LSP05-3:621-946 |
| USA  VS | RAMON RUIZ-SANCHEZ (1)(C)(I) |
| ARR ON IND | CAREY GORDEN, FEDERAL DEFENDER'S INC. S/A |
| | AUSA: CHRISTOPHER OTT |

DFT'S FIRST APPEARANCE
DOA: 6-2-05
JEANNE KNIGHT, N/A, APPOINTED ATTORNEY:

DFT ARRAIGNED ON THE INDICTMENT
NOT GUILTY PLEA ENTERED

GOVT'S ORAL MOTION FOR DETENTION (RISK OF FLIGHT)
DETENTION HRG SET FOR 6-7-05 AT 9:30AM BEFORE
MAGISTRATE JUDGE LEO S.PAPAS

MS 6-13-05 AT 10:15AM B4 JUDGE RHOADES.

54 PJR