








```
R1R    6/9/05    11:24
3:73-CR-01555    USA V. RUIZ-SANCHEZ
*57*
*CRMO.*
```

Minutes of the United States District Court
Southern District of California
JUNE 7, 2005

| Hon. LEO S. PAPAS | | | Deputy Clerk: T. LOPEZ |
|---|---|---|---|
| 73CR1555-R | | | TAPE NUMBER: LSP05-1:132-352 |
| | USA | VS | RODRIGO RUIZ-DE LA TORRE(6)(C)(I)94308198 |
| DETENTION HEARING | | | JEANNE KNIGHT (APPTD)(6) |
| 18 USC 751 | | | AUSA: MATTHEW GARDNER |

DETENTION HEARING - NOT HELD.

GOVT'S ORAL MOTION TO DISMISS INDICTMENT - GRANTED.

VACATE PENDING DATES.

57RJR

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 73CR15555-R |
| vs | ) | ABSTRACT OF ORDER |
| Rodrigo Ruiz-de la Torre Chgd As: Ramon Ruiz-Sanchez | ) ) | Booking No. 94308198 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6-7-05__

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

__✓__ Defendant forfeited collateral.

__✓__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. W. AUTHZE please check detainer on deft for prior sentence

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

Received _____ DUSM

OR

by _____ Deputy Clerk

Crim-9  (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY