USDC SCAN INDEX SHEET










```
R1R     6/9/05    11:40
3:73-CR-01555   USA V. RUIZ-SANCHEZ
*58*
*CRJGMDIS.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 7 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 73CR15555-R |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| RODRIGO RUIZ-DE LA TORRE, Chgd As: Ramon Ruiz-Sanchez Defendant. | (Rule 48, F.R.Crim.P.) |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 18 USC 751

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: JUNE 7, 2005

LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ENTERED ON 6/9/05

