








```
R1R    6/13/05    9:46
3:73-CR-01555    USA V. RUIZ-SANCHEZ
*59*
*CRJGMCOMXC.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED** JUN 9  4 25 PM '05

**FILED** JUN 13 2005

**FILED** JUN -7 2005 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RODRIGO RUIZ-DE LA TORRE,
Chgd As: Ramon Ruiz-Sanchez
94307798
    Defendant.

CASE NO. 73CR1555R

JUDGMENT OF DISMISSAL
(Rule 48, F.R.Crim.P.)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

X   the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X   of the offense(s) of: 18 USC 751

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: JUNE 7, 2005

LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
Judgment and Commitment on 6/10/05
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON 6/9/05

59